IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION | MDL No. 1:15-md-2657-FDS |
| **This Document Relates To:** | |
| Rochelle Sweeney and Robert DiCamillo, as the biological parents and legal guardians of minor I.D. | |
| **PLAINTIFFS,** | **SHORT FORM COMPLAINT AND JURY DEMAND** <br> **BRAND ZOFRAN® USE** |
| v. | |
| GlaxoSmithKline, LLC | |
| **DEFENDANTS.** | |

## MASTER SHORT FORM COMPLAINT AND JURY DEMAND
## BRAND ZOFRAN® USE

Plaintiffs incorporate by reference Plaintiffs' Brand Long Form Master Complaint and Jury Demand filed in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts, filed as No. 255 on the Master Docket. Pursuant to Case Management Order No.14, the following Brand Short Form Complaint encompasses Plaintiffs' claims as adopted from the Brand Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims specific to this case. As necessary, Plaintiffs include: (a) additional claims against the Defendant(s) listed in paragraph 1, which are set forth in paragraph 12, and the supporting facts for which are alleged in paragraph 13 or on an additional sheet attached to this Complaint, and/or

1

(b) claims pleaded against additional defendants not listed in the Brand Long Form Master Complaint, which are set forth in paragraph 14 and the supporting facts for which are alleged in paragraph 14 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

## I. DEFENDANTS

1. Plaintiffs name the following Defendants in this action **[check only those that apply]**:

   ☒ **GLAXOSMITHKLINE LLC**

   ☐ **NOVARTIS PHARMACEUTICALS CORPORATION (FOR CLAIMS ARISING FROM ZOFRAN® INGESTION ON OR AFTER MARCH 23, 2015)**

## II. PLAINTIFFS

2. Plaintiffs are bringing these claims:

   ☐ **Individually and on behalf of the minor child; or**

   ☒ **On behalf of the minor child only**

due to injuries caused by prenatal exposure to brand Zofran®, as described in greater detail below.

3. Plaintiff, Rochelle Sweeney, is the **[check all that apply]**:

   ☒ biological mother

   ☐ biological father

   ☐ legal guardian

   ☐ personal representative of the Estate

of minor child ID, (initials only) and is an individual who is domiciled at 3816 Norwood Avenue, Downingtown, PA 19135.

2

4. Plaintiff, <u>Robert Dicamillo</u>, is the **[check all that apply]**:

- ☐ biological mother
- ☒ biological father
- ☐ legal guardian
- ☐ personal representative of the Estate

of minor child <u>ID</u>, (initials only) and is an individual who is domiciled at <u>3816 Norwood Avenue, Downingtown, PA 19135</u>.

5. Minor child <u>ID</u> (initials only) was born in <u>2013</u> (year only) in <u>Pennsylvania</u> (state of birth).

### III. ZOFRAN® INGESTION

6. Mother of minor child ingested Zofran® during pregnancy with minor child during the following trimester(s) **[check all that apply]**:

- ☒ 1ST TRIMESTER
- ☒ 2ND TRIMESTER
- ☒ 3RD TRIMESTER

### IV. PRODUCT IDENTIFICATION

7. Plaintiffs allege use of the following form(s) of administration of Zofran® **[check all that apply]**:

- ☐ ORAL TABLETS
- ☒ ORALLY DISINTEGRATING TABLET
- ☒ INJECTABLE OR I.V. SOLUTION
- ☐ ORAL SOLUTION
- ☐ OTHER: _____

8. Plaintiffs allege that Zofran® was ingested in the following state(s): Pennsylvania.

9. [Complete only for Complaints directly filed in the MDL Court.] Identify the U.S. federal district court and if applicable, the division, in which Plaintiff would have filed in the absence of an MDL: Eastern District of Pennsylvania

## V. PHYSICAL INJURY

10. Minor child alleges the following injury(ies) as a result of prenatal exposure to Zofran® [specify all that apply]:

Immediately following her birth, I.D. was treated for a plethora of heart conditions such as Tricuspid Atresia and Ventricular Septal Defect. Due to these conditions, I.D. had to undergo three open heart surgeries and will require continuous medical care and likely more surgeries, for the remainder of her life.

When I.D. was four years old, she had to have all of her 19 teeth pulled. Today, while her teeth are growing back, they are breaking off because of poor circulation due to her heart condition.

She is also required to see a speech therapist.

11. Plaintiffs allege the following injury(ies) to themselves as a result of minor child's prenatal exposure to Zofran® [specify all that apply]:

Because of I.D.'s heart condition, she is extremely vulnerable to COVID-19 and will likely die if she contracts the disease. As such on March 26, 2020, I.D.'s cardiologist ordered both mother and father out of work to solely care for I.D. until 3 months after virus is gone.

Robert Dicamillo and Rochelle Sweeney are now out of work because of their daughter's heart condition and demand the reinstatement of these lost wages.

## VI. CLAIMS/COUNTS

12. The following claims asserted in the Brand Master Long Form Complaint, and the allegations with regard thereto in the Brand Master Long Form Complaint, are adopted in this Short Form Complaint by reference:

| Check if Applicable | Count Number | Claims |
|---|---|---|
| ■ | I | Negligence |
| ■ | II | Negligent Misrepresentation |
| ■ | III | Negligent Undertaking |
| ■ | IV | Negligence Per Se |
| ■ | V | Failure to Warn – Strict Liability |
| ■ | VI | Breach of Express Warranty |
| ■ | VII | Breach of Implied Warranties |
| ■ | VIII | Fraudulent Misrepresentation and Concealment |
| ■ | IX | Violations of Consumer Protection Laws [Specify the laws allegedly violated:] <br> Pennsylvania's Unfair Practices and Consumer Protection Law; 73 P.S. § 201-3. |
| ☐ | X | Wrongful Death |
| ☐ | XI | Survival Action |
| ☐ | XII | Loss of Consortium |
| ■ | XIII | Punitive Damages |
| ☐ | XIV | Other(s): [Specify] |

13.     If additional claims against the Defendants identified in the Brand Master Long Form Complaint are alleged in paragraph 12, the facts supporting these allegations must be pleaded.  Plaintiffs assert the following factual allegations against the Defendants identified in the Brand Master Long Form Complaint:

On June 20, 2012, Rochelle Sweeney became pregnant with minor I.D.
During her pregnancy with minor I.D., Ms. Sweeney experienced constant nausea and she was given Zofran oral disintegrating tablets to take, on a regular basis, throughout her full term pregnancy.
After starting Zofran, Ms. Sweeney began developing blood clots and was ordered to be on bed rest for the remainder of her pregnancy.
On July 20, 2012, Ms. Sweeney reported to the ED for vaginal bleeding and cramping. During that hospital stay she received 4mg of Zofran via IV.
On September 1, 2012, Ms. Sweeney reported to the ED for vaginal bleeding and cramping. During that hospital stay she received 4mg of Zofran via IV.
On November 15, 2012, Ms. Sweeney's prenatal doctor found evidence of " hypoplastic right heart with tricuspid atresia to some degree," in minor I.D.
On December 13, 2012, minor I.D. was confirmed to have hypoplastic right heart. Ms. Sweeney was then referred to cardiologist specialists at the Children's Hospital of Philadelphia (CHOP).
On March 25, 2013, Ms. Sweeney was admitted to CHOP for the birth of minor I.D.
On March 27, 2013, Ms. Sweeney gave birth to I.D. and I.D.'s APGARS were 8 at one minute and 9 at five minutes.
On June 11, 2013, minor I.D. underwent surgery for a pulmonary artery banding.
In the 24 hours following the surgery, minor I.D. had recurrent episodes of desaturation and heart failure
On October 2, 2013, minor I.D. underwent a cardiac catheterization .
On October 3, 2013, minor I.D. underwent a palliation with bidirectional superior Cavo pulmonary anastomosis.
Since those three surgeries, minor I.D. has had to undergo two additional surgeries and will require more in the future. She also requires continual medical treatment and therapies for her diagnosis.

14. Plaintiffs assert the following additional claims and factual allegations against other Defendants (must name defendant and its alleged citizenship):

**WHEREFORE,** Plaintiffs pray for relief as set forth in the Plaintiffs' Brand Master Long Form Complaint in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts.

Dated: 4/23/21

Daniel N. Purtell, Esq.
*Attorney for Plaintiffs*

McEldrew Young Purtell
123 S. Broad Street,
Suite 2250
Philadelphia, PA 19109